FILED
June 4, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____RR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>SHERYL DIANNE READ<br><br>Defendant | Case No: SA:25-CR-00323-JKP<br><br>**INDICTMENT**<br><br>COUNT 1 – 18 U.S.C. § 111(a)(1):<br>Assault on a Federal Officer |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. § 111(a)(1)]

On or about May 7, 2025, in the Western District of Texas, Defendant,

**SHERYL DIANNE READ**

did then and there, forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government while such person was engaged in and on account of the performance of official duties, and such acts involved physical contact with the victim, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
For JUSTIN CHUNG
Assistant United States Attorney

1